IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-11381 (BLS) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |

**MOTION OF METAVATION, LLC AND REVSTONE INDUSTRIES, LLC PURSUANT TO SECTIONS 105, 362 & 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 4001 AND 9019 FOR ENTRY OF INTERIM AND FINAL ORDERS (A) APPROVING AUTOMOTIVE SALE TRANSACTIONS SUPPORT AGREEMENT, (B) MODIFYING THE AUTOMATIC STAY, AND (C) SCHEDULING A FINAL HEARING**

# FILED UNDER SEAL

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

DOCS_DE:188644.1 73864/002