IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

**Hearing Date: July 24, 2013 at 10:00 a.m. (prevailing Eastern time)**

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on July 22, 2013, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtor is continuing to operate its businesses and manage its affairs as debtor and debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will present the Motions set forth below at a hearing on **July 24, 2013, at 10:00 a.m. prevailing Eastern time** before the Honorable Brendan L. Shannon, at the United States Bankruptcy Court for the District of

---

[1] The Debtor in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtor' headquarters and the service address for each of the Debtor is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

Delaware, located at 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

### First Day Administrative Motions and Application

1. Joint Motion of Metavation, LLC and Revstone Industries, LLC et al., for Order (A) Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only and (B) Applying Certain Orders in the Chapter 11 Cases of Revstone Industries, LLC and its Affiliated Debtors to Chapter 11 Case of Metavation, LLC [Docket No. 2, filed 7/22/13].

2. Application of Metavation, LLC Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) for an Order Authorizing the Retention of Rust Consulting/Omni Bankruptcy as Claims and Noticing Agent for the Debtor [Docket No. 5, filed 7/22/13].

### First Day Motions Pertaining to Business Operations

3. Motion of Metavation, LLC for an Order Under 11 U.S.C. §§ 105, 363, 503(b), 1107 and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions, and (V) Waiver of Section 345(b) Deposit and Investment Requirements [Docket No. 6, filed 7/22/13].

4. Motion of Debtor Metavation, LLC for Order Under Sections 105, 363, and 507 of the Bankruptcy Code (I) Authorizing Payment of Prepetition Wages, Salaries, Employee Benefits and Reimbursable Expenses, (II) Authorizing Continuation of Employee Benefit Plans and Programs Postpetition, and (III) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations [Docket No. 13, filed 7/22/13].

5. Motion of Debtor Metavation, LLC for an Order (I) Authorizing, but Not Directing, the Debtor to Pay Certain Prepetition Taxes in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 8, filed 7/22/13].

6. Motion of Debtor Metavation, LLC for an Order Authorizing, But Not Directing, Payment of Certain Prepetition Shipping Obligations in the Ordinary Course of Business [Docket No. 7, filed 7/22/13].

7. Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 16, filed 7/22/13].

8. Motion for Authorization to (I) Continue Prepetition Insurance Program and (II) Pay Any Prepetition Premiums and Related Obligations [Docket No. 15, filed 7/22/13].

### DIP Financing and Cash Collateral Motion

9. Debtor's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, and (IV) Granting Certain Related Relief [Docket No. 21, filed 7/23/13].

### Support Agreement Motions

10. Motion of Metavation, LLC and Revstone Industries, LLC Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of Interim and Final Orders (A) Approving Automotive Sale Transactions Support Agreement, (B) Modifying the Automatic Stay, and (C) Scheduling a Final Hearing [Docket No. 19, filed 7/23/13].

Copies of the above-noted motions can be obtained through the United States Bankruptcy Court's website at www.deb.uscourts.gov, referencing Case No. 13-11831 (BLS), or by accessing the website of the Debtor's proposed claims and noticing agent, Rust Consulting/Omni Bankruptcy, at http://www.omnimgt.com/RevstoneIndustries.

Dated: July 23, 2013

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com
            crobinson@pszjlaw.com

[Proposed] Counsel for the Debtor and Debtor in Possession