IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |

**Hearing Date: July 24, 2013, at 10:00 a.m. prevailing Eastern Time**

**NOTICE OF HEARING FOR DEBTOR'S MOTION PURSUANT TO SECTIONS 105, 361, 362, 363 AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL RULE 4001-2 FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING AND USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING A FINAL HEARING, AND (IV) GRANTING CERTAIN RELATED RELIEF**

TO:  (a) the Office of the United States Trustee; (b) counsel to Wells as Agent; (c) respective counsel to each of the Existing Junior Participants; (c) the PBGC or its counsel; (d) Dayco Products, LLC and Dayco Products S.A. de C.V., the stalking horse purchaser for the Debtor's assets; (e) the Official Committee of Unsecured Creditors in the case of Revstone Industries, LLC; (f) the twenty largest unsecured creditors of the Debtor and (g) all parties that have filed notices of appearance and requests for notices in the chapter 11 Case

**PLEASE TAKE NOTICE** that on July 22, 2013, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Debtor's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each original Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

*Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, and (IV) Granting Certain Related Relief* [Docket No. 21] (the "DIP Financing Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor attached to the DIP Financing Motion is the proposed *Order (A) Authorizing Debtors to Obtain Post-petition Financing and Grant Security Interests and Superpriority Administrative Expense Status Pursuant to 11 U.S.C. § § 105 and 36;, (B) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (C) Authorizing Debtor to Enter Into Agreements with Wells Fargo Capital Finance, LLC as Agent; and (D) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* (the "Proposed Interim DIP Financing Order"). A copy of the Proposed Interim DIP Financing Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Financing Motion and entry of the Proposed Interim DIP Financing Order in substantially the form attached hereto at a hearing (the "Interim Hearing") before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, on **July 24, 2013, at 10:00 a.m. prevailing Eastern Time**. A copy of the DIP Financing Motion may be obtained by contacting the Debtors' undersigned proposed counsel or by accessing the website of the Debtor's proposed claims and noticing agent, Rust Consulting/Omni Bankruptcy, at http://www.omnimgt.com/RevstoneIndustries.

**PLEASE TAKE FURTHER NOTICE** that after the Interim Hearing, the Debtors shall serve upon you a complete copy of (a) the DIP Financing Motion, (b) any Interim

DIP Financing Order entered by the Court at the Interim Hearing, and (c) notice of the final hearing on the DIP Financing Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtor reserves the right to modify, if necessary, the Proposed Interim DIP Financing Order before or at the Interim Hearing.

Dated: July 23, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　tcairns@pszjlaw.com
　　　　crobinson@pszjlaw.com

[Proposed] Counsel for the Debtor and
Debtor in Possession