IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | ) | Chapter 11<br><br>Case No. 12-13262 (BLS)<br>(Jointly Administered)<br>**Related to Docket No. 803** |
| In re:<br><br>METAVATION, LLC,<br><br>Debtor. | ) | Chapter 11<br><br>Case No. 13-11831 (BLS)<br>(Joint Administration Requested)<br>**Related to Docket No. 26** |

**AFFIDAVIT OF SERVICE**

Monica A. Molitor, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors in the above-captioned action, and that on the 23rd day of July, 2013, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

*Notice Of Hearing For Debtor's Motion Pursuant To Sections 105, 361, 362, 363 And 507 Of The Bankruptcy Code, Bankruptcy Rule 4001 And Local Rule 4001-2 For Entry Of Interim And Final Orders (I) Authorizing Debtor To Obtain Postpetition Financing And Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, And (Iv) Granting Certain Related Relief [including Exhibit A thereto]*

Monica A. Molitor, Paralegal

SWORN TO AND SUBSCRIBED
by me on this 23rd day of July, 2013.

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

Notary Public
My Commission Expires: My commission expires Nov. 13, 2014

1 The Debtor in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtor' headquarters and the service address for each of the Debtor is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

Metavation, LLC Landlord Service List
Case No. 13-11831
Document No. 188673
04 – OVERNIGHT DELIVERY

***Overnight Delivery***
Charleston Development, Inc.
2011 Rambler Road
Lexington, KY 40503

***Overnight Delivery***
M & H Properties, LLC
3821 Barnard Drive
Lexington, KY 40505

***Overnight Delivery***
SSG Properties LLC
711 W. Pickard
Suite G
Mt. Pleasant, MI 48858

***Overnight Delivery***
William L. West, EP Custodial Trust
Real Property Lease
26734 Jefferson Court
Bay Village, OH 44140

Metavation 2002 Service List (Fax Service)
Lead Case No. 12-13262
Document No. 188626
02 – INTEROFFICE MAIL
03 – VIA EMAIL
36 – VIA FACSIMILE
01 – OVERNIGHT DELIVERY

*(Counsel to Debtor and Debtor in Possession)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

***INTEROFFICE MAIL***
*(Counsel to Debtor and Debtor in Possession)*
Jonathan J. Kim, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

***INTEROFFICE MAIL***
*(Counsel to Debtor and Debtor in Possession)*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111

***VIA EMAIL***
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email statetreasurer@state.de.us**

***VIA EMAIL***
Michael A. Berman, Esq
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street, NE
Washington, DC 20549
**Email bermanm@sec.gov; secbankruptcy@sec.gov**

***VIA FACSIMILE***
*(United States Trustee)*
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
**Facsimile: 302.573.6497**

***VIA FACSIMILE***
Zilllah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE 19801
**Facsimile: 302.577.8632**

***VIA FACSIMILE***
*(United States Attorney)*
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
**Facsimile: 302.573.6431**

*VIA FACSIMILE*
*(Counsel to Official Committee of Unsecured Creditors)*
Matthew P. Ward, Esquire
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**Facsimile: 302-661-7738**

*VIA FACSIMILE*
*(Counsel to Ford Motor Company)*
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
**Facsimile: 302-757-7299**

*VIA FACSIMILE*
*(United Stated Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
**Facsimile: 202.307.6777**

*VIA FACSIMILE*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903
**Facsimile: 302.739.3811**

*VIA FACSIMILE*
U.S. Department of Treasury
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220
**Facsimile: 202-622-6415**

*VIA FACSIMILE*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
**Facsimile: 212-336-1348**

*VIA FACSIMILE*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street
Mail Stop 5-030.133
Philadelphia, PA 19101
**Facsimile: 855.235.6787**

*VIA FACSIMILE*
Sean Lev, Esquire
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20005
**Facsimile: 202-418-2822**

*VIA FACSIMILE*
Cassandra B. Caverly, Esquire
Desiree Amador, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC 20005
**Facsimile: 202-326-4112**

*VIA FACSIMILE*
*(Counsel to General Motors LLC)*
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
**Facsimile: 313-465-7561**

*VIA FACSIMILE*
*(Counsel to Chrysler Group LLC)*
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
**Facsimile: 248-203-0763**

*VIA FACSIMILE*
*(Counsel to Dayco Products, LLC and Dayco Products S.A. de C.V., the stalking horse purchaser for the Debtor's assets)*
J. Eric Ivester, Esquire
Skadden Arps, Slate, Meagher & Flom LLP & Affiliates
4 Times Square
New York, NY 10036
**Facsimile: 917-777-3111**

*VIA FACSIMILE*
*(Counsel to Wells Fargo)*
Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
**Facsimile: 212-682-6104**

*VIA FACSIMILE*
*(Counsel to Ford Motor Company)*
Stephen S. LaPlante, Esquire and Jonathan S. Green, Esquire
Miller Canfield
150 West Jefferson, Suite 2500
Detroit, MI 48226
**Facsimile: 313-496-8452**

*VIA FACSIMILE*
*(Top 20)*
Loeb Lorman Metals
Attn: Bruce Loeb
1111 S. 10th Street
Watertown, WI 53094
**Facsimile: 920-563-2418**

*VIA FACSIMILE*
*(Top 20)*
Osco Industries, Inc.
Attn: Tom Kayser
11th & Chillicothe Street
PO Box 1388
Portsmouth, OH 45662
**Facsimile: 740-353-1504**

*VIA FACSIMILE*
*(Top 20)*
Automated Logistics System
Attn: Joe Parker
3517 Scheele Drive
Jackson, MI 49202
**Facsimile: 888-764-6225**

*VIA FACSIMILE*
*(Top 20)*
Dauber Company, Inc.
c/o Ronald B. Rich
30655 Nothwestern Hwy.
Farmington Hills, MI 48334
**Facsimile: 248-851-1094**

*VIA FACSIMILE*
*(Top 20)*
Tonawanda Coke Corp.
Attn: Colleen Crane
P.O. Box 5007
Tonawanda, NY 14151-5007
**Facsimile: 716-876-4400**

*VIA FACSIMILE*
*(Top 20)*
City of Mt. Pleasant
Attn: Nancy Ridley
320 West Broadway
Mt. Pleasant, MI 48858
**Facsimile: 989-773-4691**

***VIA FACSIMILE***
*(Top 20)*
Trostel
Attn: Larry Brown
901 Maxwell Street
Lake Geneva, WI 53147
**Facsimile: 262-473-6966**

***VIA FACSIMILE***
*(Top 20)*
Central Michigan Staffing
Attn: Account Manager (Metavation)
605 N. Mission Street
Mt. Pleasant, MI 48858
**Facsimile: 989-775-8147**

***VIA FACSIMILE***
*(Top 20)*
City of Vassar
Attn: City council
287 E. Huron
Vassar, MI 48768
**Facsimile: 989-823-3351**

***VIA FACSIMILE***
*(Top 20)*
A&B Machine Inc.
Attn: Accounts Receivable Manager
2040 Commerce Drive
Sidney, OH 45365
**Facsimile: 937-492-1619**

***VIA FACSIMILE***
*(Top 20)*
County of Tuscola
Attn: Treasurer
440 N. State Steet
Caro, MI 48723
**Facsimile: 989-672-4011**

***VIA FACSIMILE***
*(Top 20)*
Fortech Products, Inc.
Attn: Accounts Receivable Manager
7600 Kensington Ct.
Brighton, MI 48116
**Facsimile: 248-446-1500**

***VIA FACSIMILE***
*(Top 20)*
Peoplelink, LLC
Attn: Account Manager (Metavation)
431 E Colfax Ave, Suite 200
South Bend, IN 46617
**Facsimile: 571-245-5809**

***VIA FACSIMILE***
*(Top 20)*
Chainworks, Inc.
Attn: Accounts Receivable Manager
1031 S MAIN ST
Plymouth, MI 48170
**Facsimile: 517-764-9092**

***VIA FACSIMILE***
*(Top 20)*
WGS Global Services LC
Attn: Accounts Receivable Manager
6401 Taylor Drive
Flint, MI 48507
**Facsimile: 810-239-4953**

***VIA FACSIMILE***
*(Top 20)*
Standard Electric
Attn: Accounts Receivable Manager
2650 Trautner Dr
Saginaw, MI 48603
**Facsimile: 989-497-2102**

***VIA FACSIMILE***
*(Top 20)*
ManpowerGroup
Attn: Melissa J. Koch
100 Manpower Place
Milwaukee, WI 53212
**Facsimile: 414-906-7822**

***VIA FACSIMILE***
*(Top 20)*
TFT Global Inc.
Attn: Legal Dept.
35 Spruce St.
Tillsonburg, ON N4G 5C4
Canada
**Facsimile: 519-842-7680**

***VIA FACSIMILE***
*(Top 20)*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
United States
**Facsimile: 855.235.6787**

***OVERNIGHT DELIVERY***
*(Top 20)*
NETLINK
Attn: Amarish Kapadia
999 Tech Row
Madison Heights, MI 48071

**Metavation**
**UCC Lienholders Overnight Service List**
Case No. 13-11831
Document No. 188679
02 – Express Mail Delivery
24 – Overnight Delivery

**Express Mail Delivery**
General Electric Capital Corporation
PO Box 35701
Billings, MT 59107

**Express Mail Delivery**
Murata Machinery USA, Inc.
PO Box 667609
Charlotte, NC 28266

**Overnight Delivery**
Wells Fargo Capital Finance, LLC
Office of the General Counsel
12 East 49th Street
New York, NY 10017

**Overnight Delivery**
Chrysler Group LLC
Attn: Mark A. Werling
1000 Chrysler Drive, CIMS 485-14-07
Auburn Hills, MI 48326

**Overnight Delivery**
Dobson Industrial, Inc.
Attn: Dale Bash
3660 N. Euclid Avenue
Bay City, MI 48706

**Overnight Delivery**
Ford Motor Company
Office of the General Counsel
One American Road
Dearborn, MI 48126

**Overnight Delivery**
General Motors LLC
Attn: Mark Fischer
30001 Van Dyke Avenue
M/C 480-210-880
Warren, MI 48090-9020

**Overnight Delivery**
Brink's Machine Company, Inc.
776 West Lincoln Road
Alma, MI 48801

**Overnight Delivery**
GSL of ILL, LLC
4131 S. State Street
Chicago, IL 60609

**Overnight Delivery**
Prestige Capital Corporation
400 Kelby Street, 14th Floor
Fort Lee, NJ 07024

**Overnight Delivery**
General Electric Capital Corporation
1961 Hirst Drive
Moberly, MO 65270

**Overnight Delivery**
Mando America Corporation
Attn: Ron Kozlowski
45901 Five Mile Rd.
Plymouth, MI 48170

**Overnight Delivery**
ICON Leasing Fund Twelve, LLC
100 Fifth Avenue, 4th Fl
New York, NY 10011

**Overnight Delivery**
Mitel Leasing, Inc.
1140 West Loop North
Houston, TX 77055

**Overnight Delivery**
Faunus Group International, Inc.
80 Broad Street, 22nd Floor
New York, NY 10004

**Overnight Delivery**
Wells Fargo Capital Finance, LLC, as Agent
100 Park Avenue, 14th Fl
New York, NY 100017

**Overnight Delivery**
Wells Fargo Capital Finance, LLC, As Agent
12 East 49th Street
New York, NY 10017

**Overnight Delivery**
LBC Credit Partners II, L.P., As Agent
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

**Overnight Delivery**
Wells Fargo Bank, N.A.
300 Tri-State International, Suite 400
Lincolnshire, IL 60069

**Overnight Delivery**
General Motors LLC
c/o T. Sherick, HMSC
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

**Overnight Delivery**
ICON Agent, LLC
As Agent for Term Loan Lenders
3 Park Avenue, 36th Floor
New York, NY 10016

**Overnight Delivery**
ICON Agent, LLC
As Agent for Capex Lenders
3 Park Avenue, 36th Floor
New York, NY 10016

**Overnight Delivery**
(Counsel to Ford Motor Company)
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

**Overnight Delivery**
(Counsel to Ford Motor Company)
Stephen S. LaPlante, Esquire
Jonathan S. Green, Esquire
Miller Canfield
150 West Jefferson, Suite 2500
Detroit, MI 48226

**Overnight Delivery**
(Counsel to General Motors LLC)
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

**Overnight Delivery**
(Counsel to Chrysler Group LLC)
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304

**Metavation Taxing Authorities, and AG Overnight Service List**
Case No. 13-11831
Document No. 188681
23 – Express Mail Delivery
07 – Foreign Overnight
37 – Overnight Delivery

**Express Mail Delivery**
State of Michigan
Waste & Hazard Materials Div
Cashier's Office HWUC
PO Box 30657
Lansing, MI 48909-8157

**Express Mail Delivery**
State of Michigan
Michigan Department of Labor & Economic Growth
Bureau of Commercial Services/Corp
PO Box 30481
Lansing, MI 48909

**Express Mail Delivery**
State of Michigan
Hazardous Materials Section
State of Michigan
PO Box 30657
Lansing, MI 48909-8157

**Express Mail Delivery**
State of Michigan
Michigan Dept. of Trans
Attn: Finance Cashier
PO Box 30648
Lansing, MI 48909

**Express Mail Delivery**
State of Michigan
MI Dept. of Natural Resources & Environment
Cashiers Office
PO Box 30460
Lansing, MI 48909

**Express Mail Delivery**
State of Michigan
PO Box 30657
Lansing, MI 48909-8157

**Express Mail Delivery**
State of Michigan
Michigan Department of Treasury
PO Box 30774
Lansing, MI 48909-8274

**Express Mail Delivery**
United States Treasury
Internal Revenue Service
PO Box 804525
Cincinnati, OH 45280-4525

**Express Mail Delivery**
Michigan Dept. of Environmental Quality
Cashier's Office SWPF
PO Box 30657
Lansing, MI 48909-8157

**Express Mail Delivery**
Illinois Department of Revenue
PO Box 1040
Galesburg, IL 61402-1040

**Express Mail Delivery**
Ohio School District
Ohio Department of Taxation
PO Box 530
Columbus, Ohio 43216-0530

**Express Mail Delivery**
Ohio Department of Taxation
PO Box 530
Columbus, Ohio 43216-0530

**Express Mail Delivery**
State Board of Equalization
PO Box 942879
Sacramento CA 94279-0001

**Express Mail Delivery**
Franchise Tax Board
PO Box 942840
Sacramento CA 94240-0040

**Express Mail Delivery**
Indiana Department of Revenue
PO Box 7231
Indianapolis, IN 46207-7231

**Express Mail Delivery**
Iowa Department of Revenue
Corporation Tax
PO Box 10466
Des Moines, IA 50306-0466

**Express Mail Delivery**
Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204.

**Express Mail Delivery**
Mississippi Department of Revenue
PO Box 1033
Jackson, MS 39215-1033

**Express Mail Delivery**
N.J. Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, N.J. 08695-0245

**Express Mail Delivery**
PA Bureau of Business Trust Fund Taxes
PO Box 280901
Harrisburg Pa 17128-0901

**Express Mail Delivery**
South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214

**Express Mail Delivery**
Virginia Department of Taxation
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115

**Express Mail**
North Carolina Department of Revenue
PO Box 25000
Raleigh, North Carolina, 27640-0640

**Foreign Overnight**
Victoria Australian Taxation Office
14 Mason St
DANDENONG VIC 3175

**Foreign Overnight**
Australian Taxation Office
Ground Floor, Ethos House
28-36 Ainslie Ave
CIVIC SQUARE ACT 2600

**Foreign Overnight**
Jan Knížek
The Czech Tax Administration
Ministry of Finance
General Financial Directorate
Lazarská 15/7, 117 22 Prague 1

**Foreign Overnight**
Bundesministerium der Finanzen
Wilhelmstrasse 97
10117 Berlin
Germany

**Foreign Overnight**
Shri M. L. Meena
JS (Revenue)
Ministry of Finance
Department of Revenue
Room No. 46, North Block
New Delhi - 110 001

**Foreign Overnight**
General for Finance
Head Inspectorate General:
Dr. Domenico Mastroianni
Via XX Settembre, 97 00187
Rome, Italy

**Foreign Overnight**
United Kingdom
HM Revenue & Customs
Freepost NAT22785
CARDIFF
CF14 5GX

**Overnight Delivery**
Michigan Department of Environmental Quality
525 West Allegan Street
PO Box 30473
Lansing, MI 48909-7973

**Overnight Delivery**
Attorney General for Michigan
Bill Schuette
G. Mennen Williams Building, 7th Floor
525 W. Ottawa St.
PO Box 30212
Lansing, MI 48909

**Overnight Delivery**
State of Michigan MIOSH
7150 Harris Dr
PO Box 30644
Lansing, MI 48909-8144

**Overnight Delivery**
Irv M. Lowenberg
City Treasurer
26000 Evergreen Road
PO Box 2055
Southfield, MI 48037-2055

**Overnight Delivery**
New Hampshire Department of Revenue
John T. Beardmore, Commissioner
Administration Unit
109 Pleasant Street
PO Box 457
Concord, NH 03302-0457

**Overnight Delivery**
WI Dept. of Revenue
Chief Counsel
Office of General Counsel
2135 Rimrock Road
PO Box 8907
Madison, WI 53708-8907

**Overnight Delivery**
Michigan Department of Treasury
430 W Allegan St
Lansing, MI 48922

**Overnight Delivery**
Michigan Department of Treasury
Operations Center
7285 Parsons Drive
Dimondale, MI 48821

**Overnight Delivery**
Environmental Protection Agency,
Region 5 Office
77 West Jackson Boulevard
Chicago, IL 60604-3507

**Overnight Delivery**
Marney Kast
Hillsdale County Clerk
Hillsdale County Courthouse
29 N Howell Street
Room 1
Hillsdale, MI 49242

**Overnight Delivery**
City of Hillsdale
Tax Assessor's Office
97 North Broad Street
Hillsdale, MI 49242

**Overnight Delivery**
Patricia Donovan-Gray
Tuscola County Treasurer
125 W. Lincoln Street, Suite 300
Caro, MI 48723

**Overnight Delivery**
Isabella County Treasurer's Office
Steven W. Pickens, Treasurer
200 N. Main Street
Mt. Pleasant, Michigan 48858

**Overnight Delivery**
State of Michigan Judicial
440 N. State Street
Caro, MI 48723

**Overnight Delivery**
State of Michigan
ID #38-1885554
Dept. 77889
Detroit, MI 48277-0889

**Overnight Delivery**
State of Michigan
7064 Crowner Dr.
Lansing, MI 48980-0001

**Overnight Delivery**
State of Michigan
Unemployment Insurance Agency Tax Office
Suite 111-500 3
024 W. Grand Blvd
Detroit, MI 48202

**Overnight Delivery**
State of Michigan
Unemployment Agency
11th Floor, Tax Office
3024 W. Grand Blvd., #500
Detroit, Michigan 48202

**Overnight Delivery**
Vassar City Treasurer
City of Vassar
287 E. Huron Avenue
Vassar, MI 48768

**Overnight Delivery**
Texas Office of the Comptroller
LBJ Building
111 E. 17th Street
First Floor
Austin, TX 78774-0100

**Overnight Delivery**
Amy DeHaan, MMAO, Assessor
Charter Township of Garfield
3848 Veterans Drive
Traverse City, MI 49684

**Overnight Delivery**
City Assessor
City of Mount Pleasant
320 W. Broadway
Mt. Pleasant, Michigan 48858

**Overnight Delivery**
City of Mt. Pleasant
Attn: Nancy Ridley
320 West Broadway
Mt. Pleasant, MI 48858

**Overnight Delivery**
Heidi M. Scheppe, County Treasurer
400 Boardman Avenue
Traverse City, MI 49684

**Overnight Delivery**
Ben Wheeler, Assessor
Fayette Township
211 North St.
Jonesville, MI 49250

**Overnight Delivery**
Lenore Spahr, Treasurer
Village of Jonesville
265 E Chicago Street
Jonesville, MI 49250

**Overnight Delivery**
Mark Stuhldreher, Treasurer
City of Inkster, Michigan
26215 Trowbridge
Inkster, Michigan 48141

**Overnight Delivery**
Illinois Dept. of Employment Security
33 South State Street
Chicago, Illinois 60603

**Overnight Delivery**
Kentucky Department of Revenue
Frankfort, KY 40602

**Overnight Delivery**
Dustin Adams
Division Director
KY Division of Unemployment Insurance
275 East Main Street
Frankfort, Kentucky 40621

**Overnight Delivery**
City of Paris Tax Collector
525 High Street
Paris, KY 40361

**Overnight Delivery**
Bourbon County Treasurer
301 Main Street, Room 210
Paris, KY 40361-2005

**Overnight Delivery**
Arkansas Department of Revenue
1816 W 7th St,
Little Rock, AR 72201

**Overnight Delivery**
Georgia Department of Revenue
1800 Century Blvd. NE
Atlanta, GA 30345

**Overnight Delivery**
Minnesota Department of Revenue
600 North Robert St.
St. Paul, MN 55101

**Overnight Delivery**
NY Department of Taxation and Finance
ATT: Office of Counsel
Building 9, W.A. Harriman Campus
Albany, NY 12227

**Overnight Delivery**
Tennessee Department of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville TN 37242