IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket Nos. 796 & 797** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | (Joint Administration Requested) |
| Debtor. | ) | |
| | ) | **Related to Docket Nos. 17 & 18** |

Deadline for Objections to Bid Procedures: August 2, 2013 at 4:00 p.m. (prevailing Eastern time)
Hearing Date on Bid Procedures: August 6, 2013 at 9:00 a.m. (prevailing Eastern time)
Deadline for Objections to Approval of Sale: August 14, 2013 at 4:00 p.m. (prevailing Eastern time)
Hearing Date on Approval of Sale: August 21, 2013 at 11:00 a.m. (prevailing Eastern time)

**NOTICE OF HEARING ON (I) MOTION FOR ORDER APPROVING BID PROCEDURES FOR SALE OF SUBSTANTIALLY ALL OF METAVATION, LLC'S OPERATING ASSETS, SCHEDULING AN AUCTION AND HEARING TO CONSIDER SALE AND APPROVE FORM AND MANNER OF NOTICE RELATED THERETO, ESTABLISHING PROCEDURES RELATING TO ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS INCLUDING NOTICE OF PROPOSED CURE AMOUNTS, APPROVING PAYMENT OF A BREAK-UP FEE AND EXPENSE REIMBURSEMENT, AND GRANTING RELATED RELIEF; AND (II) METAVATION, LLC'S MOTION FOR ORDER APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING SALE OF ASSETS OUTSIDE ORDINARY COURSE OF BUSINESS, AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, ENCUMBRANCES AND OTHER INTERESTS, AUTHORIZING ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND GRANTING RELATED RELIEF**

To: (a) the Office of the United States Trustee; (b) counsel to the Official Committee of Unsecured Creditors of Unsecured Creditors in the case of Revstone Industries, LLC; (c) all parties who are known by the Debtor to assert liens with respect to the US Acquired Assets; (d) all entities who executed non-disclosure agreements with the Debtor in connection with a potential acquisition of any or all of the US Acquired Assets or whom the Debtor believes may have an interest in bidding; (e) all Counterparties to contracts/leases that may potentially be designated as Assigned Contracts; (f) the United States Attorney's office; (g) all state attorneys general in state(s) in which the Debtor does business; (h) state taxing authorities in the state(s) in which the Debtor does business and the Internal Revenue Service; (i) environmental authorities in the state(s) or smaller applicable jurisdictions in which the Debtor does business; (j) the Stalking Horse Bidder and its counsel; and (k) all parties who have timely filed requests

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

for notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that on July 22, 2013, Metavation, LLC ("Metavation" or the "Debtor") filed *Metavation, LLC's Motion for Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Operating Assets; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Establishing Procedures Relating to the Assumption and Assignment of Certain Contracts, Including Notice of Proposed Cure Amounts; (D) Approving Payment of a Break-Up Fee and Expense Reimbursement; and (E) Granting Related Relief* (Revstone Docket No. 796; Metavation Docket No. 17) (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2] The Debtor previously caused a copy of the Bidding Procedures Motion to be served on you on July 23, 2013.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Bidding Procedures Motions will take place on **August 6, 2013, at 9:00 a.m., Eastern time**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Bidding Procedures Motion must be filed with the Bankruptcy Court on or before **August 2, 2013 at 4:00 p.m., Eastern time.** At the same time, you must also serve a copy of the response or objection upon: (i) the Debtor: Metavation, LLC, 2250 Thunderstick Drive, Suite

---

[2] Unless otherwise noted, capitalized terms used herein shall have the meanings defined in the Bidding Procedures Motion.

1203, Lexington, Kentucky 40505, Attn: Office of the General Counsel; (ii) proposed counsel for the Debtor: Laura Davis Jones, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801); (iii) proposed restructuring advisor to the Debtor, Huron Consulting Services, LLC, 900 Wilshire Dr., Suite 270, Troy, Michigan 48084, Attn: John C. Didonato; (iv) the Office of the United States Trustee: Jane Leamy, Esq., United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; (v) counsel to the Stalking Horse Bidder, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036, Attn: Eric Ivester, Esq. and Mark Dressel, Esq.; (vi) counsel to the Official Committee of Unsecured Creditors of Revstone Industries, LLC: Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Matthew P. Ward, Esq.; and (vii) counsel for any official committee of unsecured creditors (if any) appointed in the Metavation, LLC case.

**PLEASE TAKE FURTHER NOTICE** that on July 22, 2013, the Debtor also filed *Metavation, LLC's Motion for Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), 363(f) and 363(m); (C) Authorizing the Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases Pursuant to Bankruptcy Code Sections 363 and 365; and (D) Granting Related Relief* (Revstone Docket No. 797; Metavation Docket No. 18) (the "Sale Motion"). The Debtor previously caused a copy of the Sale Motion to be served on you on July 23, 2013.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Sale Motion will take place on **August 21, 2013, at 11:00 a.m., Eastern time**, before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Sixth Floor, Courtroom 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Sale Motion must be filed with the Bankruptcy Court on or before **August 14, 2013 at 4:00 p.m., Eastern time.** At the same time, you must also serve a copy of the response or objection upon: (i) the Debtor: Metavation, LLC, 2250 Thunderstick Drive, Suite 1203, Lexington, Kentucky 40505, Attn: Office of the General Counsel; (ii) proposed counsel for the Debtor: Laura Davis Jones, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801); (iii) proposed restructuring advisor to the Debtor, Huron Consulting Services, LLC, 900 Wilshire Dr., Suite 270, Troy, Michigan 48084, Attn: John C. Didonato; (iv) the Office of the United States Trustee: Jane Leamy, Esq., United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; (v) counsel to the Stalking Horse Bidder, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036, Attn: Eric Ivester, Esquire and Mark Dressel, Esq.; (vi) counsel to the Official Committee of Unsecured Creditors of Revstone Industries, LLC: Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Matthew P. Ward, Esq.; and (vii) counsel for any official committee of unsecured creditors (if any) appointed in the Metavation, LLC case.

**PLEASE TAKE FURTHER NOTICE** THAT IF THERE ARE NO TIMELY OBJECTIONS TO THE BIDDING PROCEDURES MOTION AND SALE MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE BIDDING PROCEDURES MOTION AND SALE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 24, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email: *ljones@pszjlaw.com*
      *dbertenthal@pszjlaw.com*
      *tcairns@pszjlaw.com*
      *crobinson@pszjlaw.com*

[Proposed] Counsel for the Debtor and Debtor in Possession