IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Revstone Industries, LLC, et al.,[1] | : | Case No. 12-13262 (BLS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Related Docket No. _____ |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| Metavation, LLC, | : | Case No. 13-11831 (BLS) |
| | : | Joint Administration Requested |
| Debtor. | : | |
| | : | Related Docket No. _____ |
| | : | |

**ORDER GRANTING EMERGENCY MOTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR AUTHORIZATION TO
PROSECUTE CERTAIN CLAIMS ON BEHALF OF REVSTONE'S ESTATE**

Upon the emergency motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC ("Revstone"), pursuant to Bankruptcy Code sections 105, 1103(c)(2) and (5), and 1109(b) for an order authorizing the Committee to prosecute certain claims of Revstone against Metavation; and the Court having considered the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein

---

[1] The debtors in these chapter 11 bankruptcy cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

pursuant to 28 U.S. C. § 1334; and the review of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that

1. The Motion is GRANTED.

2. The Committee is hereby granted standing and is authorized to commence, prosecute, pursue, and compromise any action or actions in respect of the Metavation Claims, including but not limited standing to serve on any official committee in the Metavation bankruptcy case as a representative of the Revstone estate in connection with the Metavation Claims.

3. Revstone's privileges relating to the Metavation Claims are transferred to the Committee.

4. This Order is without prejudice to the Committee's rights to seek standing to assert additional claims on behalf of the Revstone estate.

5. This Court shall retain jurisdiction with respect to all matters and disputes arising from or related to the implementation or interpretation of this Order.

Dated: July ___, 2013

_____<br>
The Honorable Brendan Linehan Shannon<br>
United States Bankruptcy Judge