IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Metavation, LLC,[1] ) | |
| ) | Case No.: 13-11831 (BLS) |
| Debtor. ) | |
| ) | |

# NOTICE OF COMMENCEMENT OF CHAPTER 11 CASE
# MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On July 22, 2013, the above-captioned debtor and debtor in possession in the above-captioned case (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtor, address, case number and federal tax identification number, is as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Metavation, LLC (f/k/a Hillsdale Automotive, LLC) | 21177 Hilltop Street Southfield, MI 48033 | 13-11831 (BLS) | 20-4605884 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS:  September 10, 2013 at 3:00 p.m. prevailing Eastern time, J. Caleb Boggs Federal Building, 844 King Street, Room 2112, Wilmington, Delaware 19801.

DEADLINE TO FILE A PROOF OF CLAIM:  Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE:  None appointed to date.

PROPOSED COUNSEL FOR THE DEBTOR:

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com
          crobinson@pszjlaw.com

COMMENCEMENT OF CASE:  A petition under chapter 11 of the Bankruptcy Code has been filed in this Court by the Debtor listed above and an order for relief has been entered.  You will not receive notice of all documents filed in this

---

[1] The last four digits of the Debtor's federal tax identification number are 5884.  The address of Debtor's headquarters is 21177 Hilltop Street, Southfield, MI 48033.

case. All documents filed with the Court, including lists of the Debtor's property and debts, are available for inspection at the Office of the Clerk of the Court. In addition, such documents may be available at www.deb.uscourts.gov. Certain documents are also available on the web site of the Debtors' claims agent, Rust Consulting/Omni Bankruptcy, at http://www.omnimgt.com/RevstoneIndustries.

PURPOSE OF CHAPTER 11 FILING: Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors and other parties in interest will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtor will remain in possession of its property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS: A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Court are not permitted to give legal advice.

MEETING OF CREDITORS: The Debtor's representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtor and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS: Schedules of creditors have been filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in this case. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in this case or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtor's known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available from the Court's web site at www.deb.uscourts.gov. Rust Consulting/Omni Bankruptcy is the claims agent in this case and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Rust Consulting/Omni Bankruptcy can be reached through their web site specifically for this case at http://www.omnimgt.com/RevstoneIndustries, by e-mail under "submit inquiry" on the client website, by telephone at 1-866-989-3042, for international callers at 818-906-8300, or by first class, hand delivery or overnight mail as follows:

**By First-Class Mail, Hand-Delivery or Overnight Mail**
Metavation, LLC Claim Processing
c/o Rust Consulting/Omni Bankruptcy
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:     /s/ David D. Bird                  Dated: August 16, 2013
                 Clerk of Court