IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | **Related to Docket No. 157** |
| _____ | ) | |

**AMENDED**[1] NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR AUGUST 21, 2013 AT **10:00**[2] A.M. BEFORE THE HONORABLE
BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET
STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[3]

UNCONTESTED MATTER WITH
CERTIFICATION OF COUNSEL:

1.  Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code
    (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service,
    (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing
    Procedures for Determining Adequate Assurance of Payment (Filed 7/22/13) (Filed
    7/22/13) [Docket No. 16].

    Objection Deadline:   August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at
    12:00 Noon with respect to the Committee and BFG.

    Response(s):  None.

    Related Document(s):

    A.  Interim Order (A) Prohibiting Utility Providers from Altering, Refusing or
        Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future
        Performance, and (C) Establishing Procedures for Determining Adequate Assurance
        of Payment (Entered 7/24/13) [Docket No. 48].

    B.  Notice of First Day Motion and Entry of Interim Order Regarding Motion of the
        Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting
        Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming

---

[1]  **Amended information is reflected in bold.**

[2]  **The Court has moved the hearing time from 11:00 a.m. to 10:00 a.m.**

[3]  Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone
(866-582-6878) or by facsimile (866-533-2946), no later than thirty minutes prior to the hearing.

Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (Filed 7/31/13) [Docket No. 73].

C.  Certification of Counsel Regarding Final Order with Respect to Motion of the Debtors for an Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (Filed 8/19/13) [Docket No. 156].

D.  **Final Order (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment (Entered 8/19/13) [Docket No. 161].**

**Status:  The final order with respect to this matter has been entered.**

CONTESTED MATTERS:

2.      Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Filed 7/22/13) [Docket No. 7].

Objection Deadline:  August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Official Committee of Unsecured Creditors of Revstone Industries, LLC ("the Committee"), and Boston Finance Group ("BFG").  And extended to August 19, 2013 at 12:00 Noon with respect Pension Benefit Guaranty Corporation ("PBGC") and the United States Trustee ("UST").

Response(s):

A.  Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date (Filed 8/18/13) [Docket No. 146].

B.  Joinder of Boston Finance Group, LLC to the Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date (Filed 8/18/13) [Docket No. 148].

C. **United States Trustee's Limited Objection to the Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Filed 8/19/13) [Docket No. 162].**

Reply:

A. **Debtor's Response to Objections to Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession *Nunc Pro Tunc* to the Petition Date (Filed 8/20/13) [Docket No. 169].**

Related Document(s):

A. Notice of Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date (Filed 7/31/13) [Docket No. 83].

Status: This matter is going forward.

3. Motion of Metavation, LLC Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business (Filed 7/22/13) [Docket No. 10].

Objection Deadline: August 14, 2013 at 4:00 p.m. Extended to August 18, 2013 at 12:00 Noon with respect to the Committee and BFG.

Response(s):

A. Limited Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Retention, Employment, and Compensation of Certain Professionals Utilized by the Debtor in the Ordinary Course of Business (Filed 8/18/13) [Docket No. 140].

B. Joinder of the Pension Benefit Guaranty Corporation to the Limited Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Retention, Employment, and Compensation of Certain Professionals Utilized by the Debtor in the Ordinary Course of Business (Filed 8/19/13) [Docket No. 153].

Related Document(s):

A. Notice of Motion of Metavation, LLC Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for an Order Authorizing the Debtor to Retain, Employ and Compensate Certain Professionals Utilized by the Debtor in the Ordinary Course of Business (Filed 7/31/13) [Docket No. 75].

Status:  This matter is going forward.

4.      Motion of Metavation, LLC to Employ and Retain Huron Consulting Services LLC to Provide a Chief Restructuring Officer, Other Officers, and Additional Personnel for the Debtor Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (Filed 7/22/13) [Docket No. 11].

Objection Deadline:   August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Committee and BFG.  And extended to August 19, 2013 at 12:00 Noon with respect to PBGC.

Response(s):

A. Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Motion of Metavation, LLC to Employ and Retain Huron Consulting Services LLC to Provide a Chief Restructuring Officer, Other Officers, and Additional Personnel for the Debtor Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (Filed 8/18/13) [Docket No. 142].

B. Joinder of Boston Finance Group, LLC to the Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Motion of Metavation, LLC to Employ and Retain Huron Consulting Services LLC to Provide a Chief Restructuring Officer, Other Officers, and Additional Personnel for the Debtor Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (Filed 8/18/13) [Docket No. 144].

**Reply:**

**A. Debtor's Response to Objection to Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Huron Consulting Services LLC to Provide a Chief Restructuring Officer, Other Officers, and Additional Personnel for the Debtor Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (Filed 8/20/13) [Docket No. 170].**

Related Document(s):

A. Notice of Motion of Metavation, LLC to Employ and Retain Huron Consulting Services LLC to Provide a Chief Restructuring Officer, Other Officers, and Additional Personnel for the Debtor Pursuant to 11 U.S.C. § 363(b), *Nunc Pro Tunc* to the Petition Date (Filed 7/31/13) [Docket No. 84].

Status:  This matter is going forward.

5.    Application for Order Authorizing Metavation, LLC to Employ and Retain Rust Consulting/Omni Bankruptcy to Provide Administrative Services to the Debtor Pursuant to Sections 327(a), 328 and 1107(b) of the Bankruptcy Code and Bankruptcy Rule 2014 (Filed 7/22/13) [Docket No. 12].

Objection Deadline:    August 14, 2013 at 4:00 p.m. Extended to August 18, 2013 at 12:00 Noon with respect to the Committee and BFG.

Response(s):

A. Objection and Reservation of Rights of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Application for Order Authorizing Metavation, LLC, to Employ and Retain Rust Consulting/Omni Bankruptcy to Provide Administrative Services to the Debtor Pursuant to Sections 327(a), 328 and 1107(b) of the Bankruptcy Code and Bankruptcy Rule 2014 (Filed 8/18/13) [Docket No. 141].

Related Document(s):

A. Notice of Application for Order Authorizing Metavation, LLC to Employ and Retain Rust Consulting/Omni Bankruptcy to Provide Administrative Services to the Debtor Pursuant to Sections 327(a), 328 and 1107(b) of the Bankruptcy Code and Bankruptcy Rule 2014  (Filed 7/31/13) [Docket No. 72].

Status:  This matter is going forward.

6.    Application of Metavation, LLC for an Order Authorizing the Retention and Employment of McDonald Hopkins PLC as Special Counsel (Filed 7/22/13) [Docket No. 14].

Objection Deadline:    August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Committee and BFG.

Response(s):

A. Reservation of Rights and Limited Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Application of Metavation, LLC, for an Order Authorizing the Retention and Employment of McDonald Hopkins PLC as Special Counsel (Filed 8/18/13) [Docket No. 143].

Related Document(s):

A. Notice of Application of Metavation, LLC for an Order Authorizing the Retention and Employment of McDonald Hopkins PLC as Special Counsel (Filed 7/31/13) [Metavation Docket No. 82].

B. Amended Declaration of Stephen M. Gross in Support of Application of Metavation, LLC for an Order Authorizing the Retention and Employment of McDonald Hopkins PLC as Special Counsel (Filed 8/14/13) [Docket No. 129].

Status:  This matter is going forward.

7. Debtor's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief (Filed 7/23/13) [Docket No. 21].

Objection Deadline:  August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Committee and BFG.  And extended to August 19, 2013 at 12:00 Noon with respect to PBGC and GE CF Mexico, S. DE R.L. DE C.V. f/k/a GE Mexico, S.A. DE C.V. ("GE Mexico").

Response(s):

A. Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Metavation LLC's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief (Filed 8/18/13) [Docket No. 145].

B. Joinder of Boston Finance Group, LLC to the Objection of the Official Committee of Unsecured Creditors for Revstone Industries, LLC to the Debtor's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief (Filed 8/18/13) [Docket No. 147].

C. Joinder of the Pension Benefit Guaranty Corporation to the Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Metavation LLC's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief (Filed 8/19/13) [Docket No. 152].

D. Limited Objection of GE CF Mexico, S. DE R.L. DE C.V. f/k/a GE Mexico, S.A. DE C.V. to Debtor's Motion Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Certain Related Relief (Filed 8/19/13) [Revstone Docket No. 926; Metavation Docket No. 154].

Related Document(s):

A. Order (A) Authorizing Debtor to Obtain Interim Post-Petition Financing and Grant Security Interests and Superpriority Administrative Expense Status; (B) Modifying the Automatic Stay; (C) Authorizing Debtor to Enter Into Agreements With Wells Fargo Capital Finance, LLC, as Agent; and (D) Scheduling a Final Hearing (Entered 7/24/13) [Docket No. 50].

B. Notice of First Day Motion and Entry of Interim Order Regarding Debtor's Motion Pursuant To Sections 105, 361, 362, 363 And 507 Of The Bankruptcy Code, Bankruptcy Rule 4001 And Local Rule 4001-2 For Entry Of Interim And Final Orders (I) Authorizing Debtors To Obtain Postpetition Financing And Use Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Final Hearing, and (IV) Granting Certain Related Relief (Filed 7/31/13) [Docket No. 74].

Status:  This matter is going forward.

8.    Amended Motion of Metavation, LLC and Revstone Industries, LLC Pursuant to Sections 105, 362, & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of a Final Order (A) Approving Automotive Sale Transactions Support Agreement and (B) Modifying the Automatic Stay (Filed 7/29/13) [Revstone Docket No. 841; Metavation Docket No. 65].

Objection Deadline:   August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Committee and BFG.  And extended to August 19, 2013 at 12:00 Noon with respect to PBGC and GE Mexico.

Response(s):

A. United States Trustee's Objection to Amended Motion of Metavation, LLC and Revstone Industries, LLC for Entry of a Final Order (A) Approving Automotive Sale Transactions Support Agreement and (B) Modifying the Automatic Stay (Filed 8/16/13) [Revstone Docket No. 920; Metavation Docket No. 138].

B. [SEALED] Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Amended Motion of Metavation, LLC and Revstone Industries, LLC, Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of a Final Order (A) Approving Automotive Sale Transaction Support Agreement and (B) Modifying the Automatic Stay (Filed 8/18/13) [Revstone Docket No. 923; Metavation Docket No. 149].

C. Joinder and Limited Objection of Boston Finance Group, LLC to Amended Motion of Metavation, LLC and Revstone Industries, LLC Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of a Final Order (A) Approving Automotive Sale Transactions Support Agreement and (B) Modifying the Automatic Stay (Filed 8/18/13) [Revstone Docket No. 925; Metavation Docket No. 151].

D. Limited Objection of GE CF Mexico, S. DE R.L. DE C.V. f/k/a GE Mexico, S.A. DE C.V. to the Amended Motion of Metavation, LLC and Revstone Industries, LLC Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of a Final Order (A) Approving Automotive Sale Transactions Support Agreement and (B) Modifying the Automatic Stay (Filed 8/18/13) [Revstone Docket No. 927; Metavation Docket No. 155].

Related Document(s):

A. Metavation, LLC and Revstone Industries, LLC Motion Pursuant to Bankruptcy Rule 9018 to File Under Seal Motion of Metavation, LLC and Revstone Industries, LLC for Order Pursuant to 11 U.S.C. §§ 105, 362 & 363 and Bankruptcy Rule 9019 for Entry of Interim and Final Orders (a) Approving Automotive Sale Transactions Support Agreement, (b) Modifying the Automatic Stay, and (c) Scheduling a Final Hearing (Filed 7/23/13) [Revstone Docket No. 795; Metavation Docket No. 20].

B. [SEALED] Motion of Metavation, LLC and Revstone Industries, LLC Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of Interim and Final Orders (A) Approving Automotive Sale Transactions Support Agreement, (B) Modifying the Automatic Stay, and (C) Scheduling a Final Hearing (Filed 7/23/13) [Revstone Docket No. 794; Metavation Docket No. 19].

C. Interim Order Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of Interim and Final Orders (A) Approving Automotive Sale Transactions Support Agreement, (B) Modifying the Automatic Stay, and (C) Scheduling a Final Hearing (Entered 7/24/13) [Revstone Docket No. 820; Metavation Docket No. 49].

D. Notice of Hearing on Amended Motion of Metavation, LLC and Revstone Industries, LLC Pursuant to Sections 105, 362, & 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019 for Entry of a Final Order (A) Approving Automotive Sale Transactions Support Agreement and (B) Modifying the Automatic Stay (Filed 7/30/13) [Revstone Docket No. 847; Metavation Docket No. 69].

E. Order Authorizing Metavation, LLC and Revstone Industries, LLC to File Under Seal Motion of Metavation, LLC and Revstone Industries, LLC for Entry of Interim and Final Orders (A) Approving Automotive Sale Transactions Support Agreement, (B) Modifying the Automatic Stay, and (C) Scheduling a Final Hearing (Entered 8/7/13) [Revstone Docket No. 903; Metavation Docket No. 105].

Status:  This matter is going forward.

9.    Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 8/2/13) [Revstone Docket No. 888; Metavation Docket No. 91].

Objection Deadline:   August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Debtor and BFG.

Response(s):

A. Debtors' Objection to Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 8/18/13) [Revstone Docket No. 924; Metavation Docket No. 150].

Related Document(s):

A. Emergency Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/29/13) [Revstone Docket No. 837; Metavation Docket No. 63].

B. Motion of the Official Committee of Unsecured Creditors for Expedited Hearing and Shortened Notice Regarding Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/29/13) [Revstone Docket No. 838; Metavation Docket No. 64]

C. Objection to Motion of Official Committee of Unsecured Creditors for Expedited Hearing and Shortened Notice Regarding Committee's Motion for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/30/13) [Revstone Docket No. 842; Metavation Docket No. 66].

D. Order Denying Motion to Shorten (Entered 7/30/13) [Revstone Docket No. 844; Metavation Docket No. 68]

Status:  This matter is going forward.

Dated: August 20, 2013

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  302/652-4100
Facsimile:  302/652-4400
Email:  ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com
        crobinson@pszjlaw.com

[Proposed] Counsel for Debtor and
Debtor-in-Possession