IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Metavation, LLC,** | Case No. 13-11831 (BLS) |
| Debtor. | |

## ORDER

Upon review of the docket in the above case reflecting that no fee auditor has been appointed; and the Court having found it appropriate and necessary, it is hereby

**ORDERED**, that the parties shall meet and confer to select a fee auditor and submit a proposed order relating thereto within ten (10) days of the date hereof.

BY THE COURT:

Dated: August 26, 2013
Wilmington, Delaware

Brendan Linehan Shannon
United States Bankruptcy Judge