IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | **Related to Docket No. 239** |
| | ) | |

AMENDED[1] NOTICE OF AGENDA FOR HEARING ON MATTERS
SCHEDULED FOR SEPTEMBER 16, 2013 AT 10:00 A.M.
BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[2]

CONTESTED MATTERS:

1. Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 8/2/13) [Revstone Docket No. 888; Metavation Docket No. 91].

   Objection Deadline: August 14, 2013 at 4:00 p.m. Extended to August 18, 2013 at 12:00 Noon with respect to the Debtor and BFG.

   Response(s):

   A. Debtors' Objection to Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 8/18/13) [Revstone Docket No. 924; Metavation Docket No. 150].

   Related Document(s):

   A. Emergency Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/29/13) [Revstone Docket No. 837; Metavation Docket No. 63].

   B. Motion of the Official Committee of Unsecured Creditors for Expedited Hearing and Shortened Notice Regarding Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/29/13) [Revstone Docket No. 838; Metavation Docket No. 64].

---

[1] **Amended information is reflected in bold.**
[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than thirty minutes prior to the hearing.

C. Objection to Motion of Official Committee of Unsecured Creditors for Expedited Hearing and Shortened Notice Regarding Committee's Motion for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/30/13) [Revstone Docket No. 842; Metavation Docket No. 66].

D. Order Denying Motion to Shorten (Entered 7/30/13) [Revstone Docket No. 844; Metavation Docket No. 68].

**Status: This matter is adjourned to October 16, 2013 at 11:00 a.m.**

2. Motion of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Code Sections 105(a), 364(b) and 364(c) for Reconsideration and/or Amendment, *Nunc Pro Tunc* to July 22, 2013, of Order Authorizing (i) Maintenance of Existing Bank Accounts, (ii) Continued Use of Existing Business Form, (iii) Continued Use of Existing Cash Management System, (iv) Continued Performance of Intercompany Transactions, and (v) Waiver of Section 345(b) Deposit and Investment Requirements (Filed 8/23/13) [Docket No. 190].

Objection Deadline:   September 9, 2013 at 4:00 p.m. Extended to September 12, 2013 at Noon with respect to the Debtor.

Response(s):

A. Debtor's Limited Response to Motions of the Official Committee of Unsecured Creditors of Revstone Industries, LLC for Reconsideration of Cash Management Order and Employee Order (Filed 9/12/13) [Docket No. 238].

Related Document(s):

A. Motion of Metavation, LLC for an Order Under 11 U.S.C. §§ 105, 363, 503(b), 1107 and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions, and (V) Waiver of Section 345(b) Deposit and Investment Requirements (Filed 7/22/13) [Docket No. 6].

B. Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, and (IV) Continued Performance of Intercompany Transactions, and (V) Waiver of Section 345(b) Deposit and Investment Requirements (Entered 7/24/13) [Docket No. 43].

C. Notice of First Day Motion and Entry of Order Regarding Motion of Metavation, LLC for an Order Under 11 U.S.C. §§ 105, 363, 503(b), 1107 and 1108 Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, (IV) Continued Performance of Intercompany Transactions, and (V) Waiver of Section 345(b) Deposit and Investment Requirements (Filed 7/31/13) [Docket No. 77].

Status: This matter is going forward.

3. Motion of Official Committee of Unsecured Creditors of Revstone Industries, LLC, Pursuant to Bankruptcy Code Section 105(a) for Reconsideration and/or Amendment, *Nunc Pro Tunc* to July 22, 2014, of Order Authorizing (I) Payment of Prepetition Wages, Salaries, Employee Benefits and Reimbursable Expenses, (II) Authorizing Continuation of Employee Benefit Plans and Programs Postpetition, and (III) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Filed 8/23/13) [Docket No. 191].

Objection Deadline: September 9, 2013 at 4:00 p.m. Extended to September 12, 2013 at Noon with respect to the Debtor.

Response(s):

A. Debtor's Limited Response to Motions of the Official Committee of Unsecured Creditors of Revstone Industries, LLC for Reconsideration of Cash Management Order and Employee Order (Filed 9/12/13) [Docket No. 238].

Related Document(s):

A. Motion of Debtor Metavation, LLC for Order Under Sections 105, 363, and 507 of the Bankruptcy Code (I) Authorizing Payment of Prepetition Wages, Salaries, Employee Benefits and Reimbursable Expenses, (II) Authorizing Continuation of Employee Benefit Plans and Programs Postpetition, and (III) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Filed 7/22/13) [Docket No. 13].

B. Order (I) Authorizing Payment of Prepetition Wages, Salaries, Employee Benefits and Reimbursable Expenses, (II) Authorizing Continuation of Employee Benefit Plans and Programs Postpetition, and (III) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Entered 7/24/13) [Docket No. 46].

C. Notice of First Day Motion and Entry of Order Regarding Motion of Debtor Metavation, LLC for Order Under Sections 105, 363, and 507 of the Bankruptcy Code (I) Authorizing Payment of Prepetition Wages, Salaries, Employee Benefits and Reimbursable Expenses, (II) Authorizing Continuation of Employee Benefit Plans and Programs Postpetition, and (III) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations (Filed 7/31/13) [Docket No. 76].

<u>Status</u>:  This matter is going forward.

Dated: September 16, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com
        crobinson@pszjlaw.com

Counsel for the Debtor and Debtor in Possession