IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| METAVATION, LLC,[1] | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM
AND CERTAIN ADMINISTRATIVE EXPENSE REQUESTS**

TO:  ALL CREDITORS AND OTHER PARTIES IN INTEREST WITH CLAIMS AGAINST THE ABOVE-CAPTIONED DEBTOR:

PLEASE TAKE NOTICE that:

On October 17, 2013, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order (the "Bar Date Order") in the chapter 11 cases (the "Cases") of the above-captioned debtor and debtor in possession (the "Debtor") in accordance with Bankruptcy Rule 3003(c) fixing:

**December 17, 2013, at 4:00 p.m. prevailing Eastern time** (the "Claims Bar Date") as the **last day** for the **filing of proofs of claim** in this Case for all claims against the Debtor arising prior to July 22, 2013 (the "Petition Date");

**January 20, 2014, at 4:00 p.m. prevailing Eastern time** (the "Governmental Unit Bar Date") as the **last day** for all governmental units, as defined in section 101(27) of the Bankruptcy Code, to assert claims arising before the Petition Date;

**December 17, 2013, at 4:00 p.m. prevailing Eastern time** (the "Administrative Claims Bar Date") as the **last day** for all parties asserting administrative expenses against the Debtor's estate (i) arising between the Petition Date and November 30, 2013 (but excluding claims for fees and expenses of professionals retained in these proceedings and members of the Committee in this case) and (ii) whenever arising under Section 503(b)(9) of the Bankruptcy Code, to file a request for payment of such administrative expense (the "Administrative Expense Request"); and

**December 17, 2013, at 4:00 p.m. prevailing Eastern time** (the "WARN Act Claims Bar Date") as the **last day** for all parties asserting claims against the

---

[1] The Debtor in this Chapter 11 Case is Metavation, LLC f/k/a Hillsdale Automotive, LLC and the last four digits of the Debtor's federal tax identification numbers is 5884. The location of the Debtor's headquarters is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

Debtor's estate arising under the WARN Act (or any other similar state law worker notification statute) as of November 30, 2013, to file a request for payment of such claims (collectively, the "WARN Act Claims").

**All claims**, as defined in section 101(5) of title 11 of the United States Code (the "Bankruptcy Code"), **arising before the Petition Date**, including in each case any claims against the Debtor's estate based on the Debtor's primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal or equitable liability, or otherwise (each a "Claim"), except as otherwise provided for or specifically excepted herein, shall be filed with the claims agent, Rust Consulting/Omni Bankruptcy (the "Claims Agent"), in writing, together with supporting documentation, substantially conforming with Official Bankruptcy Form 10 (attached hereto), or as otherwise prescribed or authorized under the Bankruptcy Rules, on or before the Claims Bar Date, the Governmental Unit Bar Date, the Administrative Claims Bar Date or the WARN Act Claims Bar Date at the following address:

**Metavation, LLC**
**c/o Rust Consulting/Omni Bankruptcy**
**Attn: Claims Processing**
**5955 DeSoto Ave., Suite 100**
**Woodland Hills, CA 91367**

**All Administrative Expense Requests** shall be filed with the United States Bankruptcy Court for the District of Delaware on or before the Administrative Claims Bar Date.[2]

The following claims are excepted from the provisions of the Bar Date Order (the "Excepted Claims") and are not required to be filed on or before the Claims Bar Date, the Governmental Unit Bar Date, the WARN Act Claims Bar Date or the Administrative Claims Bar Date:

a. claims already duly filed in these Cases with the Claims Agent, or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801;

b. claims listed in the Debtor's schedules of assets and liabilities, or as listed in any supplements or amendments thereto (the "Schedules"), if the claimant does not dispute the amount or manner in which its claim is listed in the Schedules or the nature of the claim and if such claim is not designated therein as "contingent," "unliquidated," "subject to adjustment," "disputed," or "unknown" (or assigned a zero amount);

c. claims arising on or after the Petition Date, except as provided pursuant to the Administrative Claims Bar Date or WARN Act Claims Bar Date; and

d. claims of professionals retained by the Debtor pursuant to orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to section 327, 328, 330, 331, and 503(b) of the Bankruptcy Code.

---

[2] Administrative Expense Requests filed without a notice shall not be scheduled for hearing.

Should the Court, in the future, fix a date by which the Excepted Claims must be filed, you will be notified.

Any proof of Claim required to be filed pursuant to the provisions of the Bar Date Order and not filed on or before the Claims Bar Date, the Governmental Unit Bar Date, the Administrative Claims Bar Date or the WARN Act Claims Bar Date shall be **forever barred** from voting on any plan of reorganization filed in this Case or participating in any distribution in this Case, including, but not limited to, any distribution under a confirmed plan.

The Debtor's Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801. Creditors that wish to rely on the Schedules shall have the responsibility for determining that its Claims are accurately listed therein.

Any questions concerning this notice should be directed to the Claims Agent at 866-989-3042 or through their web site at http://www.omnimgt.com/RevstoneIndustries, or the Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or (302) 652-4100, Attention: Laura Davis Jones, Esquire.

This notice may have been sent inadvertently to persons or entities that may not actually have a Claim against the Debtor. The fact that you have received this notice does not mean that you have a Claim, or that the Debtor or the Bankruptcy Court concedes that you have a Claim.

Dated: October 18, 2013

PACHULSKI STANG ZIEHL & JONES LLP

/s/Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar N. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: 302-652-4100
Facsimile: 302-652-4400
email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com
crobinson@pszjlaw.com

[Proposed] Counsel for Debtor and Debtor in Possession