IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TPOP, LLC | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Tyrone Taylor, being duly sworn, depose and say:

1. I am employed by Digital Legal, LLC, a Process Server for a party in the above captioned case; and

2. I am not less than 18 years of age or a party to the above-captioned case; and

3. On November 20, 2013 I caused a true and correct copy of the following document to be served upon the parties on the attached list by USPS First Class Mail or in the manner indicated:

   1. **Central Michigan Staffing Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)**
   2. **Notice of Central Michigan Staffing Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)**
   3. **Order Granting Central Michigan Staffing Inc.'s Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)**

_____
Tyrone Taylor

SWORN TO AND SUBSCRIBED before me this 21st day of November, 2013.

_____
Notary Public