UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TPOP, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | Ref. D.I. 306 and 307 |
| | ) | Hearing Date: December 11, 2013 at 11:00 a.m. (ET) |
| | ) | |

### RESERVATION OF RIGHTS BY HILLSDALE HOURLY PENSION PLAN, HILLSDALE SALARIED PENSION PLAN, REVSTONE CASTINGS FAIRFIELD GMP LOCAL 359 PENSION PLAN, AND THE FOURSLIDES INC. PENSION PLAN TO THE (I) UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER CONVERTING THIS CHAPTER 11 CASE AND (II) MOTION OF PENSION BENFIT GUARANTY CORPORATION FOR THE ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 1112(B) CONVERTING THE BANKRUPTCY CASE OF TPOP, LLC FROM CHAPTER 11 OF THE BANKRUPTCY CODE TO A CASE UNDER <u>CHAPTER 7 OF THE BANKRUPTCY CODE</u>

Hillsdale Hourly Pension Plan, Hillsdale Salaried Pension Plan, Revstone Castings Fairfield GMP Local 359 Pension Plan, and the Fourslides Inc. Pension Plan (collectively, the "**Plans**") submit this Reservation of Rights to the: (i) *Motion of Pension Benefit Guaranty Corporation for the Entry of an Order Pursuant to 11 U.S.C. § 1112(b) Converting the Bankruptcy Case of TPOP, LLC from Chapter 11 of the Bankruptcy Code to a Case Under Chapter 7 of the Bankruptcy Code* [D.I. 307]; and (ii) *United States Trustee's Motion for Entry of an Order Converting This Chapter 11 Case* [D.I. 306] (together, the "**Conversion Motions**").[1]

### RESERVATION OF RIGHTS

1. TPOP filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") on July 22, 2013 in the United States Bankruptcy Court for the District of Delaware.

---

[1] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Conversion Motions.

01:14557800.1

2.  TPOP continues in possession of its property and in control of its business pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

3.  On November 18, 2013, the United States Trustee and the Pension Benefit Guaranty Corporation filed the Conversion Motions.

4.  The Plans are in the process of investigating the status of TPOP's case. Given this ongoing investigation, the Plans hereby reserve all rights with respect to the Conversion Motions, including but not limited to the right to raise any and all objections or supporting arguments at the hearing on the Conversion Motions.

5.  The Plans note that, except with respect to Title IV of the Employee Retirement Income Security Act of 1974) ("**ERISA**"), Fiduciary Counselors Inc. ("**Fiduciary Counselors**") serves as the administrator (as defined in section 3 of ERISA) of the Plans. TPOP is sponsor of the two Hillsdale Plans and serves as the administrator of those Plans solely for purposes of Title IV of ERISA. Because Fiduciary Counselors serves pursuant to a court order, not pursuant to appointment or designation by TPOP, there is no reason under section 704(a)(11) of the Bankruptcy Code for a Chapter 7 trustee to "continue to perform the obligations required of the administrator," except the duties of administrator of the two Hillsdale Plans for purposes of Title IV of ERISA. Therefore, the Plans respectfully request that if the Conversion Motions are granted, the order granting the Conversion Motions provide that the order does not affect Fiduciary Counselors' service as administrator of the Plans for purposes other than Title IV of ERISA, and that the Chapter 7 trustee shall serve as administrator of the Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan solely for purposes of Title IV of ERISA.

Date:  December 4, 2013
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/    Kenneth J. Enos
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jwaite@ycst.com
Email: kenos@ycst.com

-AND-

Dennis J. Connolly, Esq.
*(admitted pro hac vice)*
Kevin M. Hembree, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: dennis.connolly@alston.com
Email: kevin.hembree@alston.com

*Counsel to Hillsdale Hourly Pension Plan, Hillsdale Salaried Pension Plan, Revstone Castings Fairfield GMP Local 359 Pension Plan and Fourslides Inc. Pension Plan*