# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

                                                              Chapter 11

TPOP, LLC
f/k/a Metavation, LLC

                                                              Case No. **13-11831-BLS**

      Debtor.

_____/

## OBJECTION TO
## UNITED STATES TRUSTEE'S MOTION FOR ENTRY
## OF AN ORDER CONVERTING THIS CHAPTER 11 CASE

     Homer W. McClarty, an attorney and member of the panel of trustees in the Bankruptcy Court for the Eastern District of Michigan, as Trustee of the Hofmeister Children's Trusts (the "Trusts"), makes this objection to the motion of the United States Trustee for entry of an order converting this chapter 11 case (the "Motion"), and in support thereof states as follows:

     1.    I am the duly appointed and acting Trustee of the Trusts.

     2.    The Trusts, through Ascalon Enterprises, LLC ("Ascalon"), own 100% of the equity of Revstone Industries, LLC, which, through Revstone Transportation, LLC, owns 100% of the Debtor herein.

     3.    This case is slightly more than 120 days old, and it is premature to move for conversion at this early date.

     4.    Although this case is not jointly administered with Revstone Industries, LLC or Spara, LLC, converting this case to chapter 7 will likely trigger pension plan termination liability, create further complexity in these affiliated cases, and will make it more difficult to achieve a fair and equitable result for all constituents.

WHEREFORE, in my capacity as Trustee of the Trusts, I respectfully request entry of an order denying the Motion without prejudice, and granting such other relief as the Court deems equitable and just.

Respectfully submitted,

Dated: December 4, 2013        /s/ Homer W. McClarty
Homer W. McClarty (Michigan Bar # P26670)
Morgan & McClarty PC
19785 W 12 Mile Rd # 331
Southfield, MI  48076
(248) 352-7686
hwmcclarty@morganmcclarty.com