# EXHIBIT 2

# AMENDMENT NO. 1

## TO

## MEMBERSHIP INTEREST PURCHASE AGREEMENT

This Amendment No. 1 to Membership Interest Purchase Agreement (this "Amendment") is made and entered into as of February 8, 2013 by and among DHJH Holdings LLC, a Delaware limited liability company ("Purchaser"), Revstone Transportation, LLC, a Delaware limited liability company ("Seller"), and Metavation, LLC, a Delaware limited liability company ("Company"). Each of Purchaser, Seller and the Company are referred to herein as a "Party" and collectively as the "Parties".

WHEREAS, the Parties entered into that Membership Interest Purchase Agreement dated as of January 7, 2013 (the "Purchase Agreement"; capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Purchase Agreement), pursuant to which the Purchaser agreed to purchase the Membership Interests from the Seller, and

WHEREAS, Section 8.1(a)(ii) of the Purchase Agreement provides that, subject to certain conditions, the Purchase Agreement is terminable by either Purchaser or Seller if there has not been a Closing on or before January 31, 2013 (the "Termination Date");

WHEREAS, the Parties wish to amend the Purchase Agreement to extend the Termination Date to March 15, 2013; and

WHEREAS, pursuant to Section 10.1 of the Purchase Agreement, the Purchase Agreement may be amended by a writing signed by the Parties.

NOW, THEREFORE, for and in consideration of the mutual promises contained herein, the Parties hereby agree as follows:

1.      The clauses above are true and incorporated herein.

2.      Section 8.1(a)(ii) of the Purchase Agreement is hereby amended and restated to read as follows:

> "(ii)    by either Purchaser or Seller if the Closing shall not have occurred on or before March 15, 2013 (the "Termination Date"); provided, that the right to terminate this Agreement under this Section 8.1(a)(ii) shall not be available to any Party whose failure to fulfill any obligation under this Agreement has been the cause of, or resulted in, the failure of the Closing to occur on or before the Termination Date;"

1210940

3.      Section 5.3 of the Purchase Agreement is hereby amended and restated to read as follows:

"From the date of this Agreement until the earlier of the Closing Date or termination of this Agreement in accordance with its terms, Seller, the Company, or any Subsidiary may, directly or indirectly, through any officer, director, employee, agent, partner, Affiliate or otherwise, solicit, initiate or encourage the submission of any proposal or offer from any Person relating, with respect to the Company or any Subsidiary, to any acquisition or purchase of all or a significant portion of the assets of, or any material equity interest in, the Company or any Subsidiary or any similar transaction or business combination (a "Competing Transaction"), or participate in any or continue any ongoing discussions or negotiations regarding, or furnish to any other Person any information with respect to, or otherwise cooperate in any way with, or assist or participate in, facilitate or encourage, any effort or attempt by any person or entity to effect a Competing Transaction."

4.      The Parties hereby agree that Purchaser's Expenses incurred on or before the Termination Date payable in accordance with Section 8.4 of the Purchase Agreement shall not exceed $350,000.

5.      The Purchase Agreement is hereby amended to add a new Section 8.4(d) as follows:

"(d)    Notwithstanding anything to the contrary contained in the Purchase Agreement, if the Company and/or Seller consummate a Competing Transaction, Seller shall pay Purchase (i) a break-up fee equal to $250,000, and (ii) all of Purchaser's Expenses."

5.      Except as expressly set forth in this Amendment, all other terms and conditions of the Purchase Agreement shall remain in full force and effect.

*[Signature Page Follows]*

1210940

IN WITNESS WHEREOF, the Parties hereto have caused this Amendment to be executed and delivered as of the date first above written.

**DHJH HOLDINGS LLC**

By: _____
      Name:  Douglas Q. Holmes
      Title:  Member

By: _____
      Name:  John B. Hollister III
      Title: Member

**REVSTONE TRANSPORTATION, LLC**

By: _____
      Name:  Daniel V. Smith
      Title: Secretary

**METAVATION, LLC**

By: _____
      Name:  Daniel V. Smith
      Title: Secretary

1210940