**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TPOP, LLC[1] | ) | Case No. 13-11831 (BLS) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) | Related Docket Nos.: 355, 369 |
|  | ) | **Hearing Date:** January 30, 2014 at 10 a.m. |
|  | ) | **Obj. Deadline:** January 15, 2014 at 4 p.m. |

**JOINDER OF THE PENSION BENEFIT GUARANTY CORPORATION TO THE DEBTOR'S OBJECTION TO THE MOTION OF DHJH HOLDINGS, LLC FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 503(b)**

The Pension Benefit Guaranty Corporation ("PBGC"), by and through its undersigned counsel, hereby joins in the Objection of TPOP, LLC [Docket No. 369]("Objection") to the Motion of DHJH Holdings, LLC for Allowance of Administrative Expenses Pursuant to 11 U.S.C. § 503(b) [Docket No. 355]("Motion"). For the reasons set forth in the Debtor's Objection, PBGC objects to the Motion.

**WHEREFORE**, PBGC joins the Debtor's Objection and respectfully requests that the

---

[1] The Debtor in this Chapter 11 case is TPOP, LLC f/k/a Metavation, LLC and the last four digits of the Debtor's federal tax identification number are 5884. The location of the Debtor's headquarters is 2250 Thunderstick Drive, Suite 1203, Lexington, KY 40505.

Court (i) deny the Motion and (ii) grant such further relief as is just and proper.

| | |
|---|---|
| Dated: January 15, 2014<br>Washington, D.C. | Respectfully Submitted,<br><br>/s/ Desiree M. Amador<br>ISRAEL GOLDOWITZ<br>Chief Counsel<br>KAREN L. MORRIS<br>Deputy Chief Counsel<br>KARTAR S. KHALSA<br>Assistant Chief Counsel<br>DESIREE M. AMADOR<br>CASSANDRA B. CAVERLY<br>M. KATHERINE BURGESS<br>Attorneys<br>PENSION BENEFIT GUARANTY CORPORATION<br>Office of the Chief Counsel<br>1200 K Street NW, Suite 340<br>Washington, DC 20005<br>Telephone: (202) 326-4020<br>Facsimile: (202) 326-4112<br>amador.desiree@pbgc.gov |