IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TPOP, LLC,[1] | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | **Related to Docket No. 366** |
| | ) | |

**ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING
(I) PLANT CLOSING AGREEMENT BETWEEN THE DEBTOR AND LOCAL #54 OF
THE UNITED STEEL WORKERS INTERNATIONAL AFFILIATED WITH
AMERICAN FEDERATION OF LABOR CONGRESS OF INDUSTRIAL
ORGANIZATIONS AND (II) SEVERANCE AGREEMENT WITH CERTAIN
NON-UNION HOURLY EMPLOYEES**

Upon the motion dated January 3, 2014 (the "Motion"), of the above-captioned debtor ("TPOP" or the "Debtor"), for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the terms of that certain (i) Plant Closing Agreement (the "Plant Closing Agreement") by and between the Debtor and Local #564 of the United Steel Workers International Affiliated with American Federation of Labor Congress of Industrial Organizations (the "Union") and (ii) Severance Agreement and Release of Claims (the "Severance Agreement", and with the Plant Closing Agreement, the "Agreements") by and among TPOP and the parties thereto all as more fully described in the Motion; and this Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested

---

[1] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC and the last four digits of the Debtor's federal tax identification numbers is 5884. The location of the Debtor's headquarters is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, and all the proceedings had before this Court; and any objections to the Motion having been withdrawn or overruled; and this Court having found and determined that the relief sought in the Motion and its legal and factual bases establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that the Motion is granted; and it is further

ORDERED that the Agreements attached to the Motion are hereby approved pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: January 29, 2014
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court