IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TPOP, LLC f/k/a METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION OF THE HOGAN FIRM
TO WITHDRAW AS COUNSEL TO DHJH HOLDINGS, LLC**

The Hogan Firm ("Hogan") hereby moves (the "Motion") pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Rule 1.16(b) of the ABA Model Rules of Professional Conduct (the "ABA Rules"), and Rule 1.16(b) of the Delaware Lawyers' Rules of Professional Conduct (the "Delaware Rules") for entry of an order permitting Hogan to withdraw its appearance as counsel for DHJH Holdings, LLC ("DHJH"). In support of this Motion, Hogan states as follows:

**JURISDICTION AND VENUE**

1. On July 22, 2013, (the "Petition Date"), the above-captioned debtor TPOP, LLC, f/k/a METAVATION, LLC ("Debtor") filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue over the Debtors' chapter 11 cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are Local Rule 9010-2(b), ABA Rule 1.16(b), and Delaware Rule 1.16(b).

## RELIEF REQUESTED

4. By this Motion, the Hogan seeks entry of an order permitting Hogan to withdraw as counsel.

## BASIS FOR RELIEF REQUESTED

5. Local Rule 9010-2(b) provides that when the withdrawal of an attorney will leave a party without a member of the Bar of the District Court appearing as attorney of record for the party "no appearance shall be withdrawn except by order on a motion duly noticed to each party and served on the party client, at least fourteen (14) days before the motion is presented, by registered or certified mail addressed to the client's last known address." Del. Bankr. L.R. 9010-2(b).

6. Rule 61 of the Rules of the Supreme Court of the State of Delaware provides that the Delaware Lawyer's Rule of Professional Conduct govern the conduct of members of the Bar of this State. Supr. Ct. R. 61. Delaware Rule 1.16(b) permits a lawyer to withdraw from representing a client if certain circumstances exist giving the lawyer good cause to withdrawal. Del. R. Prof. Cond. 1.16(b). ABA Rule 1.16(b) mirrors the language in Delaware 1.16(b).

7. Hogan seeks leave from this Court to withdrawal as counsel for DHJH because Hogan believes Delaware and ABA Rules 1.16(b) permits its withdrawal.

8. Pursuant to Del. Bankr. L.R. 9010-2, governing withdrawal of attorneys, Hogan has filed this Motion and served it to DHJH and its outside counsel.

WHEREFORE, The Hogan Firm respectfully request that the Court grant the relief requested herein and such other and further relief as it deems proper.

Dated: June 20, 2014          THE HOGAN FIRM
Wilmington, Delaware

*/s/Garvan F. McDaniel*_____
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Ave.
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile:  (302) 656-7599
Email: gfmcdaniel@dkhogan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TPOP, LLC f/k/a METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | Re Docket No.: |
| | ) | |

**ORDER PERMITTING THE HOGAN FIRM
TO WITHDRAW AS COUNSEL TO DHJH HOLDINGS LLC**

Upon consideration of the motion (the "Motion") of The Hogan Firm to withdraw as counsel to DHJH Holdings, LLC pursuant to Local Rule 9010-2, ABA Rule 1.16(b), and Delaware Rule 1.16(b); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Hogan Firm is permitted to withdraw as counsel to DHJH Holdings, LLC.

Dated: July_____, 2014
       Wilmington, Delaware
                                                    _____
                                                    The Honorable Brendan L. Shanahan
                                                    United States Bankruptcy Court Judge