IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TPOP, LLC f/k/a METAVATION, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | Re: Docket Nos. 555 |
| | ) | |

## ORDER

**AND NOW, TO WIT,** this 15th day of July, 2014, this Court having duly considered The Hogan Firm's Motion to Withdraw as Counsel to DHJH Holdings, LLC;

**IT IS HEREBY ORDERED** that The Hogan Firm's Motion is **GRANTED**.

_____
JUDGE