IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TPOP, LLC,[1] | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |

## **<u>CERTIFICATE OF SERVICE</u>**

I, Colin R. Robinson, hereby certify that on the 30th day of December, 2020, I caused a copy of the following documents to be served on the individuals on the attached service list, in the manner indicated thereon:

*Debtor's Sixteenth Motion for Order Extending the Period Within Which Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027*

*/s/ Colin R. Robinson*
Colin R. Robinson (Bar No. 5524)

---

[1] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC and the last four digits of the Debtor's federal tax identification numbers is 5884.  The location of the Debtor's headquarters and the service address for the Debtor is: TPOP, LLC c/o Huron Consulting Group Inc., P O Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

Metavation 2002 Service List
(Email/Overnights)
Lead Case No. 12-13262
Document No. 188956V2
37 – Electronic Mail
17 – First Class Mail
01 – Foreign First Class Mail

*(Counsel to Debtor and Debtor in Possession)*
Laura Davis Jones, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
*(United Stated Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

**FIRST CLASS MAIL**
U.S. Department of Treasury
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**FIRST CLASS MAIL**
*(Top 20)*
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

**FIRST CLASS MAIL**
*(Top 20)*
NETLINK
Attn: Amarish Kapadia
999 Tech Row
Madison Heights, MI  48071

**FIRST CLASS MAIL**
*(Top 20)*
Osco Industries, Inc.
Attn: Tom Kayser
11th & Chillicothe Street
PO Box 1388
Portsmouth, OH  45662

**FIRST CLASS MAIL**
*(Top 20)*
Automated Logistics System
Attn: Joe Parker
3517 Scheele Drive
Jackson, MI  49202

**FIRST CLASS MAIL**
*(Top 20)*
Dauber Company, Inc.
c/o Ronald B. Rich
30655 Nothwestern Hwy.
Farmington Hills, MI  48334

**FIRST CLASS MAIL**
*(Top 20)*
City of Mt. Pleasant
Attn: Nancy Ridley
320 West Broadway
Mt. Pleasant, MI  48858

**FIRST CLASS MAIL**
*(Top 20)*
City of Vassar
Attn: City Council
287 E. Huron
Vassar, MI  48768

**FIRST CLASS MAIL**
*(Top 20)*
A&B Machine Inc.
Attn: Accounts Receivable Manager
2040 Commerce Drive
Sidney, OH  45365

***FIRST CLASS MAIL***
*(Top 20)*
County of Tuscola
Attn: Patricia Donovan-Gray, Treasurer
125 W. Lincoln Street Suite 300
Caro, MI  48723

***FIRST CLASS MAIL***
*(Top 20)*
Fortech Products, Inc.
Attn: Accounts Receivable Manager
7600 Kensington Ct.
Brighton, MI  48116

***FIRST CLASS MAIL***
*(Top 20)*
Peoplelink, LLC
Attn: Account Manager (Metavation)
431 E Colfax Ave, Suite 200
South Bend, IN  46617

***FIRST CLASS MAIL***
*(Top 20)*
Chainworks, Inc.
Operations & Busn. Devlpt.
Attn: Accounts Receivable Manager
3255 Hart Road
Jackson, MI  49201

***FIRST CLASS MAIL***
*(Top 20)*
DTE Energy
Attn:  Audrey Anderson
One Energy Plaza
2120 WCB
Detroit, MI  48226

***FIRST CLASS MAIL***
*(Top 20)*
Standard Electric
Attn: Accounts Receivable Manager
2650 Trautner Dr
Saginaw, MI  48603

***FIRST CLASS MAIL***
*(Top 20)*
ManpowerGroup
Attn: Melissa J. Koch
100 Manpower Place
Milwaukee, WI  53212

***FOREIGN OVERNIGHT***
*(Top 20)*
TFT Global Inc.
Attn: Legal Dept.
35 Spruce St.
Tillsonburg, ON  N4G 5C4
CANADA

***ELECTRONIC MAIL***
*(Counsel to Debtor and Debtor in Possession)*
Jonathan J. Kim, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
**Email:  jkim@pszjlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Debtor and Debtor in Possession)*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111
**Email:  dbertenthal@pszjlaw.com**

***ELECTRONIC MAIL***
*(United States Trustee)*
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801
**Email:  Jane.M.Leamy@usdoj.gov**

**ELECTRONIC MAIL**
Attn:  Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

**ELECTRONIC MAIL**
*(United States Attorney)*
David C. Weiss, Esquire
United States Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

**ELECTRONIC MAIL**
*(Counsel to Official Committee of
Unsecured Creditors for Revstone
Industries, LLC)*
Matthew P. Ward, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
**Email:  matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com**

**ELECTRONIC MAIL**
*(Counsel to Ford Motor Company)*
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
**Email:
kbifferato@connollygallagher.com**

**ELECTRONIC MAIL**
*(Counsel to Wells Fargo Capital Finance,
LLC)*
David M. Powlen, Esquire
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801
**Email:  David.Powlen@btlaw.com;
Kevin.Collins@btlaw.com**

**ELECTRONIC MAIL**
(Counsel to Boston Financial Group)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
**EMAIL:  stuart.brown@dlapiper.com,
craig.martin@dlapiper.com**

**ELECTRONIC MAIL**
*(Counsel to City of Hillsdale, City of Mt.
Pleasant and City of Vassar)*
Karen M. Grivner, Esquire
Clark Hill Thorp Reed
824 N. Market Street, Suite 710
Wilmington, DE  19801
**Email:  kgrivner@clarkhillthorpreed.com**

**ELECTRONIC MAIL**
(Counsel to defendants George S.
Hofmeister and Homer W. McClarty as
Trustee of the Jamie S., Megan G., and Scott
R. Hofmeister Irrevocable Trusts)
Evan O. Williford, Esquire
The Williford Firm LLC
1007 Orange Street, Suite 235
Wilmington, DE 19801
**Email:
evanwilliford@thewillifordfirm.com**

*ELECTRONIC MAIL*
Secretary of State
Division of Corporations
 Franchise Tax
P.O. Box 898
Dover, DE  19903
**Email:  dosdoc_ftax@state.de.us**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street, NE
Washington, DC  20549
**Email:  secbankruptcy@sec.gov**

*ELECTRONIC MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281
**Email:  NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
Cassandra B. Caverly, Esquire
Desiree Amador, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC  20005
**Email:  efile@pbgc.gov;
Amador.desiree@pbgc.gov;
caverly.cassandra@pbgc.gov**

*ELECTRONIC MAIL*
*(Counsel to Chrysler Group LLC)*
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI  48304
**Email:  stoby@dykema.com**

*ELECTRONIC MAIL*
*(Counsel to Wells Fargo Capital Finance,
LLC)*
Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen,
P.C.
230 Park Avenue
New York, NY  10169
**Email:  jhelfat@oshr.com**

*ELECTRONIC MAIL*
*(Counsel to Ford Motor Company)*
Marc N. Swanson, Esquire
Stephen S. LaPlante, Esquire
Jonathan S. Green, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 W Jefferson Avenue, Suite 2500
Detroit, MI  48226
**Email:  laplante@millercanfield.com,
greenj@millercanfield.com;
swansonm@millercanfield.com**

*ELECTRONIC MAIL*
*(Counsel to the United Steel, Paper and
Forestry, Rubber, Manufacturing, Energy,
Allied Industrial and Service Workers
International Union "United Steelworkers")*
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
919 N. Market Street, 4th Floor
P.O. Box 1680
Wilmington, DE  19899
**Email: skaufman@coochtaylor.com**

*ELECTRONIC MAIL*
*(Counsel to Thomas E. Perez, Secretary of Labor,  US Department of Labor)*
Matthew M. Scheff, Esquire
Office of the Solicitor
United States Department of Labor
1240 E. 9th Street, Room 881
Cleveland, OH  44199
**Email: scheff.matthew@dol.gov**

*ELECTRONIC MAIL*
*(Creditor)*
David R. Jury, Esquire
Associate General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA  15222
**Email: djury@usw.org**

*ELECTRONIC MAIL*
*(Counsel to City of Hillsdale, City of Mt. Pleasant and City of Vassar)*
Sandra S. Hamilton, Esquire
Clark Hill PLC
200 Ottawa Avenue NW, Ste. 500
Grand Rapids, MI  49503
**Emails:  bankruptcyfiling@clarkhill.com**

*ELECTRONIC MAIL*
*(Counsel to Debtor and Debtor in Possession)*
Stephen M. Gross, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI  48304
**Email:  sgross@mcdonaldhopkins.com**

*ELECTRONIC MAIL*
*(Counsel to Automated Logistics Systems)*
Kevin N. Summers, Esquire
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, Suite 500
Troy, MI  48084
**Email:  ksummers@dflaw.com**

*ELECTRONIC MAIL*
*(Counsel to Warren Broach & Machine Co.)*
Craig S. Schoenherr, Sr., Esquire
O'Reilly Rancilio P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
**Email:  ecf@orlaw.com**

*ELECTRONIC MAIL*
*(Fee Examiner)*
John F. Theil, Esquire
SWMW Law
701 Market Street, Suite 1000
St. Louis, MO  63101
**Email:  john@swmwlaw.com**

*ELECTRONIC MAIL*
*(Counsel for (i) Homer W. McClarty as Trustee for the Megan G. Hofmeister Irrevocable Trust, the Scott R. Hofmeister Irrevocable Trust, and the Jamie S. Hofmeister Irrevocable Trust; (ii) Ascalon Enterprises, LLC.; and (iii) George Hofmeister)*
Sheldon S. Toll, Esquire
Law Offices of Sheldon S. Toll PLLC
29580 Northwestern Hwy., Ste. 100
Southfield, MI  48034
**Email: sst@lawtoll.com**

*ELECTRONIC MAIL*
*(Counsel to DHJH Holdings, LLC)*
Duane D. Werb, Esquire
Werb & Sullivan
1225 King Street, 6th Floor
Wilmington, DE 19801
**Email: dwerb@werbsullivan.com**

*ELECTRONIC MAIL*
*(Counsel to General Motors LLC)*
Scott Kitei, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI  48226
**Email:  skitei@honigman.com**

***ELECTRONIC MAIL***
*(Top 20)*
Trostel
Attn: Jeff Mattes
1501-A Country Club Parkway
Elkhorn, WI  53121
**Email: jeff.mattes@pkoh-ac.com**