IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TPOP, LLC,[1] | Case No. 13-11831 (BLS) |
| Debtor. | **Related Docket No. 1190** |

### ORDER GRANTING DEBTOR'S ELEVENTH MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE 9006 EXTENDING TIME TO OBJECT TO CLAIMS

Upon the motion (the "Motion")[2] of the Debtor for entry of an order under Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 extending the time to object to priority and general unsecured claims; and the Court having determined that the relief requested in the Motion is in the best interests of these bankruptcy estates, creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Claims Objection Deadline is extended through and including March 19, 2021 for priority claims and general unsecured claims, including, without limitation, any Administrative Claim that is asserted in connection with a response to a filed priority or unsecured claim.

---

[1] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is TPOP, LLC f/k/a Metavation, LLC, c/o Huron Consulting Group Inc., P O Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

DOCS_DE:232020.2

3. Entry of this Order is without prejudice to the rights of the Debtor to seek further extensions of the Claims Objection Deadline.

4. This Court shall retain jurisdiction over any matters related to, or arising from, the implementation of this Order.

**Dated: January 6th, 2021 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**