## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TPOP, LLC, | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |

## OMNIBUS HEARING ORDER

**IT IS ORDERED,** that the following hearing dates have been scheduled in the above referenced matters:

| **DATE** | **TIME** |
|---|---|
| March 3, 2021 | 9:00 a.m. (Prevailing Eastern Time) |

IT IS HEREBY FURTHER ORDERED that the hearings shall take place at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 before the Honorable Brendan L. Shannon.

**Dated: January 29th, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**