**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: TPOP, LLC　　　　　　　　　　Bank: Huntington National Bank

Bankruptcy Number: 13-11831 (BLS)　　　　　Account Number: See Page 3 Account Schedule

Date of Confirmation: March 23, 2015　　　　Account Type: Checking/Deposit

Reporting Period (month/year): **March 2021**

| | | |
|---|---|---:|
| | Beginning Cash Balance: | $1,813,829 |

All receipts received by the debtor:

| | | |
|---|---|---:|
| | Cash Sales: | $0 |
| | Collection of Accounts Receivable: | $0 |
| | Proceeds from Litigation (settlement or otherwise): | $0 |
| | Sale of Debtor's Assets: | $0 |
| | Interest on Bank Deposits | $45 |
| | Total of cash received: | $45 |
| Total of cash available: | | $1,813,874 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---:|
| | Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| | Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| | All other disbursements made in the ordinary course: | $2,096 |
| | Total Disbursements | $2,096 |
| Ending Cash Balance | | $1,811,777 |
| | Variance (s/b=0) | ($0.00) |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

　　　　　　　　　　　　//s//
Date　　　　　　　　　　Name/Title: Agatha Serda, Vice President

Debtor: TPOP, LLC
Case Number: 13-11831 (BLS)

| CASH BASIS<br>ASSETS | Month<br>3/31/2021 |
|---|---:|
| Cash (Unrestricted) | $1,811,777 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 0 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 0 |
| Other (Attach List) | 0 |
| Total Current Assets | $1,811,777 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 0 |
| Furniture, fixtures & Office Equipment | 0 |
| Vehicles | 0 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | 0 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 0 |
| Total Assets | $1,811,777 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 0 |
| Taxes Payable | 0 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 0 |
| Other (Mid point admin and tax claims per Plan, less payments) | 7,069,000 |
| Total Postpetition Liabilities | $7,069,000 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 100,000 |
| Priority Debt - Per Plan | 0 |
| Unsecured Debt - Per Plan - mid point estimate and DOL claim | 34,846,784 |
| Other (PBGC Claim) - Per Plan, less claims payments | 89,805,589 |
| Total Pre-petition Liabilities | 124,752,372 |
| Total Liabilities | $131,821,372 |
| **Equity** | |
| Common Stock | 0 |
| Retained Earnings (Deficit) | -130,009,595 |
| Total Equity (Deficit) | -130,009,595 |
| Total Liabilities & Owners' Equity | $1,811,777 |

TPOP, LLC
U.S. Trustee Quarterly Report Detail
Quarter Ended: March 31, 2021
13-11831 (BLS)

| | TPOP Operating #7397 | TPOP Reserve #7368 | TPOP Reserve Closed | TPOP Total |
|---|---:|---:|---:|---:|
| **Opening balance January 1, 2021:** | $4,218.13 | $1,809,610.92 | $0.00 | $1,813,829.05 |
| Total Receipts | 0.00 | 44.62 | 0.00 | 44.62 |
| **Total Cash Available** | $4,218.13 | $1,809,655.54 | $0.00 | $1,813,873.67 |
| **I. Plan Disbursements, x - BK Professionals** | 0.00 | 0.00 | 0.00 | 0.00 |
| **II. Plan Disbursements - BK Professionals** | 0.00 | 0.00 | 0.00 | 0.00 |
| **III. Ordinary Course Disbursements** | 2,096.34 | 0.00 | 0.00 | 2,096.34 |
| **IV. Intra-Company Transfers** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending Balance** | $2,121.79 | $1,809,655.54 | $0.00 | $1,811,777.33 |
| **Balance per Bank** | $2,121.79 | $1,809,655.54 | $0.00 | $1,811,777.33 |
| *variance (s/b = 0)* | 0.00 | 0.00 | 0.00 | 0.00 |